[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-13655
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 25, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-00068-CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN D. BROOKINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(April 25, 2006)**

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Richard A. Ingram, Jr., appointed counsel for John D. Brookins in this

appeal of a revocation of probation and sentence of 60 months' imprisonment, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Brookins's probation and his sentence are **AFFIRMED.**